UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED
AUG 13 2013
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MIGUEL AGUILAR,

Defendant.

CR 13-50095

INDICTMENT

Commercial Sex Trafficking

(18 U.S.C. §§ 1591(a)(1), 1591(b)(1) and 1594(a))

The Grand Jury charges:

On or about August 5, 2013, in the District of South Dakota and elsewhere, in and affecting interstate commerce, the defendant, Miguel Aguilar, did knowingly attempt to recruit, entice, and obtain a person who had not attained the age of 14 years, knowing and recklessly disregarding that the person was a minor and would be caused to engage in a commercial sex act, all in violation of 18 U.S.C. §§ 1591(a)(1), 1591(b)(1) and 1594(a).

A TRUE BILL:

**NAME REDACTED**

Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: